OPINION — AG — THE WILDLIFE CONSERVATION COMMISSION IS THE BODY THAT DETERMINES, WHERE, WHEN AND FOR WHAT PURPOSE ITS FUNDS ARE TO BE EXPENDED (SUBJECT TO THE PURPOSE ENUMERATED IN ARTICLE XXVI, SECTION 4) AND THAT THE WILDLIFE DEPARTMENT IS NOT REQUIRED TO SUBMIT A BUDGET FOR CAPITAL EXPENDITURE TO THE STATE BUDGET OFFICE. CITE: OPINION NO. 63-357, OPINION NO. 63-359 (BURCK BAILEY)